UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CREPS,

        Petitioner,               Case No. 1:14-cv-1076

v.                                     Honorable Paul L. Maloney

KENNETH T. McKEE,

        Respondent.

_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:  December 5, 2014              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                      Chief United States District Judge