UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CREPS,

        Petitioner,               Case No. 1:14-cv-1076

v.                                          Honorable Paul L. Maloney

KENNETH T. McKEE,

        Respondent.

_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  December 5, 2014                  /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge